STATE, EX REL. O. S. SPILLMAN, ATTORNEY GENERAL, V. FARMERS BANK OF CRAWFORD, APPELLANT: FRED R. LEITHOFF, APPELLEE.

FILED JANUARY 8, 1930. No. 26980.

C. M. Skiles, I. D. Beynon, Albert S. Johnston and Allen G. Fisher, for appellant.

E. D. Crites and F. A. Crites, contra.

Heard before GOSS, C. J., GOOD, THOMPSON, EBERLY and DAY, JJ., and FOSTER and SHEPHERD, District Judges.

PER CURIAM.

This is an appeal from an order of the district court for Dawes county allowing the deposit of Fred R. Leithoff as a claim against the guaranty fund.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.